IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HECTOR MANUEL BOSSIO,<br>Reg. No. 65946-198,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 3:22-cv-541-ECM<br>)<br>)<br>)<br>) |

**O R D E R**

On August 22, 2025, the Magistrate Judge entered a Recommendation (doc. 41) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 41) is ADOPTED;

2. The Petitioner's 28 U.S.C § 2255 motion (doc. 1) is DENIED without an evidentiary hearing;

3. This case is DISMISSED with prejudice;

4. All pending motions are DENIED as moot.

A separate Final Judgment will be entered.

DONE this 1st day of October, 2025.

                                             /s/ Emily C. Marks              
                                        EMILY C. MARKS
                                        CHIEF UNITED STATES DISTRICT JUDGE